**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 06-114** |
| **JABAR GIBSON** | **SECTION "K" (3)** |

**ORDER**

A hearing was held on July 12, 2006 to discuss defendant's Motion to Suppress (Rec. Doc. No. 21). For the reasons stated orally on the Record, defendant's Motion to Suppress is hereby **DENIED**.

Signed this 13th day of July, 2006 in New Orleans, Louisiana.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE